Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35218−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marilyn Sanchez
   72 Toledo Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−4361

Employer's Tax I.D. No.:

NOTICE OF RESCHEDULED CONFIRMATION HEARING TO MAY 7, 2018 AT 10:00 AM

Please be advised the Confirmation hearing date of 5/2/2018 has been changed to:

Date: MONDAY, 5/7/2018
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

for:

5 Confirmation Hearing Scheduled (related document:2 Chapter 13 Plan, and Motion for Lien Avoidance. Filed by Candyce Ilene Smith−Sklar on behalf of Marilyn Sanchez.)

Dated: March 19, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-35218-CMG
Marilyn Sanchez                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2             Date Rcvd: Mar 19, 2018
                              Form ID: 200               Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
```
db              +Marilyn Sanchez,    72 Toledo Lane,    Willingboro, NJ 08046-3702
517230785      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aarons Sales & Lease,    Attn: Bankruptcy,    309 E Paces Ferry Rd Ne,
                   Atlanta, GA 30305)
517230786       +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
517230804      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
517328456       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517230787       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                   S Louis, MO 63179-0040
517230788        Comenity Capital/mprc,    Attn: Bankruptcy,    Po Box 18215,   Columbus, OH 43218
517230789       +Convergent Outsourcing, Inc.,    800 SW 39th St./PO Box 9004,    Renton, WA 98057-9004
517230791       +Credit Union Nj/ml,    Po Box 7921,    Ewing, NJ 08628-0921
517230793       +Cu Of Nj,    Po Box 7921,    Ewing, NJ 08628-0921
517331525       +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                   Oklahoma City, OK 73118-7901
517230794       +EGS Finanacial Care Inc,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
517230795       +Everhome Mortgage Co/Ever Bank,    Attn: Bankruptcy Department,    301 West Bay Street,
                   Jacksonville, FL 32202-5184
517230796        First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
517230797       +Firstbkde/cf,    1608 Walnut Street,    Philadelphia, PA 19103-5457
517230798        Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
517230803       +LVNV Funding LLC,    c/o Faloni & Associates LLC,    165 Passaic Avenue Ste 301B,
                   Fairfield, NJ 07004-3592
517230800       +Law Office of Faloni & Associates, LLC,    PO Box 1285,    Caldwell, NJ 07007-1285
517230805       +Mercantile Adjustment  Bureau,    165 Lawrence Bell Dr Ste 100,   Williamsville, NY 14221-7900
517230807       +N J L,    225 E State St Ste 1,    Trenton, NJ 08608-1800
517230809       +Rickart Collection systems, Inc.,    575 Milltown Road,    North Brunswick, NJ 08902-3336
517230810       +Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
517344951       +TIAA, FSB d/b/a EverBank,    301 West Bay Street,    Jacksonville, FL 32202-5184
517230816       +TIAA, FSB dba Everbank,    c/o McCabe, Weisberg & Conway, P.C.,   216 Haddon Avenue,    Suite 201,
                   Collingswood, NJ 08108-2818
517230817      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    4 Gatehall Drive, Ste 350,
                   Parsippany, NJ 07054)
517263384       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517230819       +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
517230820       +Vengroff Williams, Inc,    PO Box 4155,    Sarasota, FL 34230-4155
517230821       +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:19      U.S. Attorney,   970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:16      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517345137       +E-mail/Text: bnc@bass-associates.com Mar 19 2018 23:53:30      Cavalry SPV I, LLC,
                   c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
517230790       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2018 23:51:34      Credit One Bank Na,
                   Po Box 98873,    Las Vegas, NV 89193-8873
517230792       +E-mail/Text: bankruptcy@cunj.org Mar 19 2018 23:54:03      Credit Union Of N J,    7 Dunmore Ave.,
                   Ewing, NJ 08618-1937
517230799       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 19 2018 23:53:39      Kohls/Capital One,
                   Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517230801       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2018 23:57:28      LVNV Funding,
                   Po Box 10497,    Greenville, SC 29603-0497
517230802       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2018 23:57:29      LVNV Funding,
                   15 South Main Street,    Greenville, SC 29601-2743
517346288        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2018 23:57:29
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517230806       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2018 23:54:15      Midland Credit Management, Inc.,
                   PO Box 13105,    Roanoke, VA 24031-3105
517251710       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2018 23:54:15      Midland Funding LLC,
                   PO Box 2011,    Warren, MI 48090-2011
517344688        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2018 00:09:47
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                   Norfolk VA 23541
517306136        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2018 23:52:06
                   Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
517272142       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 19 2018 23:54:33      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517336017        E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2018 23:54:07
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Mar 19, 2018
                              Form ID: 200              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517230808      +E-mail/Text: Supportservices@receivablesperformance.com Mar 19 2018 23:55:01
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
517230811      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:52:02      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
517233470      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:50:49      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517230812      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:50:47      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517230813      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:51:24      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517230814      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:51:24      Synchrony Bank/PayPal Cr,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517230815      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:51:24      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517230818*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Alexandra T. Garcia     on behalf of Creditor    EverBank NJECFMAIL@mwc-law.com
          Candyce Ilene Smith-Sklar     on behalf of Debtor Marilyn    Sanchez mail@njpalaw.com
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Melissa S DiCerbo     on behalf of Creditor    EverBank nj-ecfmail@mwc-law.com
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```