UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

Cn 4853

Trenton, NJ  08650

(609) 587-6888

In re:

Marilyn Sanchez

Debtor(s)

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-35218 / CMG

Hearing Date:  05/07/2018

Judge: Christine M. Gravelle

Chapter: 13

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: May 22, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 12/15/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$211.48 for 5 months beginning 1/1/2018

$407.00 for 55 months beginning 6/1/2018

**ORDERED** that the case is confirmed with a calculated plan funding of $23,442.40. General unsecured creditors are scheduled to receive a pro-rata dividend of funds available.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that to the extent Section 7 of the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. § 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified below:

NO EXCEPTIONS

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

*Order Confirming Chapter 13 Plan*                                                                                         *Page 3 of 3*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-35218-CMG
Marilyn Sanchez                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: admin         Page 1 of 1          Date Rcvd: May 23, 2018
                            Form ID: pdf903     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
db            +Marilyn Sanchez,   72 Toledo Lane,   Willingboro, NJ 08046-3702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

```
        ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
```
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo   docs@russotrustee.com
        Alexandra T. Garcia   on behalf of Creditor   EverBank NJECFMAIL@mwc-law.com
        Candyce Ilene Smith-Sklar   on behalf of Debtor Marilyn  Sanchez mail@njpalaw.com
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Melissa S DiCerbo   on behalf of Creditor   EverBank nj-ecfmail@mwc-law.com
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
```
                                                                          TOTAL: 8