| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Marilyn Sanchez** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4361 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–35218–CMG | | |

## Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Marilyn Sanchez

<u>3/2/23</u>                                                    **By the court:** <u>Christine M. Gravelle</u>
                                                                            United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Marilyn Sanchez  
    Debtor

Case No. 17-35218-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Mar 02, 2023     Form ID: 3180W     Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marilyn Sanchez, 72 Toledo Lane, Willingboro, NJ 08046-3702 |
| cr | + | NJ Law & Public Safety Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517230793 | + | Cu Of Nj, Po Box 7921, Ewing, NJ 08628-0921 |
| 517230795 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 517230797 | + | Firstbkde/cf, 1608 Walnut Street, Philadelphia, PA 19103-5457 |
| 517230803 | + | LVNV Funding LLC, c/o Faloni & Associates LLC, 165 Passaic Avenue Ste 301B, Fairfield, NJ 07004-3592 |
| 517230800 | + | Law Office of Faloni & Associates, LLC, PO Box 1285, Caldwell, NJ 07007-1285 |
| 517230804 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 517230807 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517230809 | + | Rickart Collection systems, Inc., 575 Milltown Road, North Brunswick, NJ 08902-3336 |
| 517230810 | + | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 517344951 | + | TIAA, FSB d/b/a EverBank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 517230816 | + | TIAA, FSB dba Everbank, c/o McCabe, Weisberg & Conway, P.C., 216 Haddon Avenue, Suite 201, Collingswood, NJ 08108-2818 |
| 517230820 | + | Vengroff Williams, Inc, PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517230785 | + | Email/Text: bankruptcynotices@aarons.com | Mar 02 2023 20:53:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 517230786 | ^ | MEBN | Mar 02 2023 20:47:03 | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 517328456 | | Email/PDF: bncnotices@becket-lee.com | Mar 02 2023 21:02:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517345137 | + | EDI: BASSASSOC.COM | Mar 03 2023 01:34:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 517230787 | + | EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517230788 | | EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Capital/mprc, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 517230789 | + | EDI: CONVERGENT.COM | Mar 03 2023 01:34:00 | Convergent Outsourcing, Inc., 800 SW 39th St./PO Box 9004, Renton, WA 98057-9004 |
| 517230790 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2023 20:50:35 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517230791 | + | Email/Text: bankruptcy@cunj.org | Mar 02 2023 20:52:00 | Credit Union Nj/ml, Po Box 7921, Ewing, NJ 08628-0921 |
| 517230792 | + | Email/Text: bankruptcy@cunj.org | Mar 02 2023 20:52:00 | Credit Union Of N J, 7 Dunmore Ave., Ewing, NJ 08618-1937 |
| 517331525 | + | EDI: AIS.COM | Mar 03 2023 01:34:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517230794 | + | Email/Text: egssupportservices@alorica.com | Mar 02 2023 20:53:00 | EGS Finanacial Care Inc, 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 517230796 | | EDI: AMINFOFP.COM | Mar 03 2023 01:34:00 | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 517230798 | | EDI: AMINFOFP.COM | Mar 03 2023 01:34:00 | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 517230799 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2023 20:51:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517230801 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2023 21:02:21 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 517230802 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2023 21:01:58 | LVNV Funding, 15 South Main Street, Greenville, SC 29601-2743 |
| 517346288 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2023 20:50:12 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517230805 | ^ | MEBN | Mar 02 2023 20:46:52 | Mercantile Adjustment Bureau, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 517230806 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2023 20:52:00 | Midland Credit Management, Inc., PO Box 13105, Roanoke, VA 24031-3105 |
| 517251710 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2023 20:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517344688 | | EDI: PRA.COM | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517306136 | | EDI: PRA.COM | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517272142 | + | EDI: JEFFERSONCAP.COM | Mar 03 2023 01:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517336017 | | EDI: Q3G.COM | Mar 03 2023 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517230808 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 02 2023 20:53:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 517230811 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 517233470 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517230812 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517230813 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517230814 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po |

Case 17-35218-CMG    Doc 47    Filed 03/04/23    Entered 03/05/23 00:16:42    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 956060, Orlando, FL 32896-0001 |
| 517230815 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 519151906 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 02 2023 20:52:00 | TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452, TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 519151905 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 02 2023 20:52:00 | TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 517230817 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Financial Services, 4 Gatehall Drive, Ste 350, Parsippany, NJ 07054 |
| 517230818 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517263384 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 02 2023 20:51:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518168017 | | Email/PDF: bncnotices@becket-lee.com | Mar 02 2023 21:02:22 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517906696 | + | Email/PDF: bncnotices@becket-lee.com | Mar 02 2023 21:02:12 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 517230819 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 02 2023 20:51:00 | Tribute, Pob 105555, Atlanta, GA 30348-5555 |
| 517230821 | + | EDI: VERIZONCOMB.COM | Mar 03 2023 01:34:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 57 |

Alexandra T. Garcia
    on behalf of Creditor EverBank NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
    on behalf of Creditor TIAA  FSB d/b/a EverBank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Andrew M. Lubin
    on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Andrew M. Lubin
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Marilyn Sanchez njpalaw@gmail.com  r56958@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Francis T. Tarlecki
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Marisa Myers Cohen
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor EverBank nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Michael R. DuPont
    on behalf of Creditor NJ Law & Public Safety Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15